UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ANDRE DERRELL LEE | CIVIL ACTION NO. 16-90-P |
| VERSUS | JUDGE JAMES |
| MAURICE HICKS | MAGISTRATE JUDGE HORNSBY |

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's action is **DISMISSED WITH PREJUDICE** as moot.

MONROE, LOUISIANA, this 29th day of August, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE